UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR M. GUERRERO,<br><br>        Petitioner,<br><br>  vs.<br><br>ARNOLD SHWARZENEGGER, Governor, et al.,<br><br>        Respondents. | 1:09-cv-0597-BAK-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **May 7, 2009**      **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE